MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* EVELYN DIAMOND et al., Respondents.

Submitted April 5, 1954; decided April 8, 1954.

*Jacob W. Friedman* for motion.
*Jay Leo Rothschild* opposed.

Motion granted, with $10 costs to respondents. Appellant's brief is to be filed no later than April 14, 1954, and the appeal is set down for argument on April 20, 1954.